NICHOLAS WIRCHNIANSKY, Respondent, v. TIDE WATER OIL COMPANY, Appellant. LEAH MAIDAT, Respondent, v. TIDE WATER OIL COMPANY, Appellant.— In consolidated negligence actions, one to recover for personal injuries and the other for property damage, the jury found a verdict for plaintiffs, based on the negligence of defendant's employee and plaintiffs' freedom from contributory negligence. Judgment of the City Court of Yonkers unanimously affirmed, with costs. No opinion. Present — Hagarty, Davis, Adel, Taylor and Close, JJ.

FANNIE WOOLFSON, as Administratrix, etc., of MAX WOOLFSON, Respondent, v. JOSEPH SCHWARTZ, Appellant.— Order denying the defendant's motion to dismiss the complaint or to strike out certain paragraphs thereof affirmed, with fifty dollars costs and disbursements, with leave to defendant to answer within ten days from the entry of the order hereon. No opinion. Hagarty, Carswell, Johnston, Taylor and Close, JJ., concur.

### (November 29, 1937.,

In the Matter of the Application of IRVING I. YORYSH for Admission to the Bar.— Application granted. Present — Hagarty, Carswell, Davis, Johnston and Adel, JJ.

WESTMORELAND ASBESTOS COMPANY, INC., and Others, Respondents, v. JOHN A. ROEBLING'S SONS CO. OF NEW YORK, Appellant.— Motion to dismiss appeal from so much of an order as denies defendant's motion for a severance of plaintiffs' causes of action, and for separate trials thereof, granted, without costs, and appeal dismissed, without prejudice to a new motion for a severance, addressed to a subsequent complaint. Present — Hagarty, Carswell, Johnston, Adel and Taylor, JJ. [See *post*, p. 894.]